Certificate Number: 16339-NYE-DE-032880005

Bankruptcy Case Number: 19-43057



16339-NYE-DE-032880005

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 28, 2019, at 1:00 o'clock PM EDT, Nena Mundjer completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: May 28, 2019

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor